IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO.: 3:24mj43/HTC

RONALD LEE MURRAY JR.

_____/

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your affiant, Jonathan Allen Quick, being first duly sworn, hereby deposes and states as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. Your affiant makes this affidavit in support of a Criminal Complaint against Ronald Lee MURRAY JR. for offenses committed in violation of Title 18, United States Code, Section 922(g)(1), that is, possession of a firearm and ammunition as a prohibited possessor after being convicted of a crime punishable by imprisonment for a term exceeding one year.

2. You affiant is a Special Agent with the Federal Bureau of Investigation (FBI) and has been so employed for approximately a year and four months. Prior to employment with the FBI, your affiant was in Detective with the Fayetteville Police Department for approximately 12 years.

3. During my tenure as a Special Agent with the FBI, your affiant has participated in investigations of person suspected of various violations of

1



Title 18 of the United States Code; to include public corruption, civil rights violations, crimes against children, violent crimes violations, and white-collar violations.

4. The facts in this affidavit come from your affiant's personal review of documents, training and experience, and information obtained from other Agents, and other members of law enforcement. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all your affiants' knowledge about this matter.

5. Based on your affiant's training and experience, and the facts as set forth in this affidavit, there is probable cause to arrest MURRAY JR. for the above noted offenses.

**CURRENT INVESTIGATION**

6. On February 15, 2024, Trooper (Trp.) Ethan Ellerbee with the Florida Highway Patrol (FHP) conducted a traffic stop on a white Chevrolet Avalanche displaying Texas license plate CKH0133 on Interstate 10. The vehicle was traveling eastbound near mile marker 10. Trp. Ellerbee stopped the vehicle for following a dump truck too closely in violation of Florida State Statute 316.0895.

7. Trp. Ellerbee contacted the driver, MURRAY JR. MURRAY JR. produced a Texas identification card (#46195833) identifying himself. MURRAY JR.

advised Trp. Ellerbee there was a handgun in the center console, but stated it was not his. Consent to search the vehicle was asked by troopers, but declined by MURRAY JR. MURRAY JR. stated he could not give consent since his sister owned the vehicle.

8. Trp. Ellerbee deployed his canine to conduct a free air sniff of the vehicle after all occupants were removed. The canine gave a positive alert on the vehicle, indicating a potential presence of narcotics inside the vehicle. Trp. Ellerbee's canine was certified to alert to the odor of several different types of illicit narcotics.

9. A search of the vehicle was conducted and a Smith and Wesson model: SD9, 9mm handgun with serial number FCY8851 was found in the center console by FHP troopers. The handgun was loaded with a round in the chamber. There were no narcotics found in the vehicle.

10. Troopers located multiple bags in the bed of the truck. Occupants of the vehicle were asked who owned each bag. Trp. M.K. Davis advised MURRAY JR. claimed ownership of a black bag with an upside-down American flag on the front. Inside the bag a loaded 9mm magazine was located. The magazine fit the Smith and Wesson SD9 handgun that was found in the center console.

11. A National Crime Information Center (NCIC) check showed MURRAY JR. had felony convictions for several offenses, including, but not limited, to a felony firearm offense on May 15, 2001, in the state of Michigan. MURRAY JR. was sentenced to two years imprisonment for that conviction.

12. MURRAY JR. was arrested and transported to the Escambia County Jail by FHP. MURRAY JR. was charged with Driving While License Suspended and Possession of a Weapon by a Convicted Felon.

13. A Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agent trained in firearms interstate nexus advised your affiant that Smith & Wesson SD9 9mm pistols are manufactured outside the state of Florida. In addition, MURRAY JR. was stopped by FHP shortly after entering Florida from Alabama, while transporting the firearm and ammunition in interstate commerce.

## CONCLUSION

14. Based upon the above information, your affiant has probable cause to believe there have been violations of Title 18, United States Code, Section

922(g)(1). In consideration of the foregoing, your affiant respectfully requests that this Court issue the instant Criminal Complaint.

_____
Jonathan Allen Quick
Special Agent, Federal Bureau of Investigation

Subscribed and sworn before me on this 16th day of February 2024.

_____
HOPE THAI CANNON
United States Magistrate Judge