IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO.: 3:24mj43/HTC

RONALD LEE MURRAY JR.
_____/

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America respectfully shows unto the Court:

A criminal complaint is pending in this Court against above-named defendant in the above-captioned case. The defendant is now confined in the custody of the Warden, Escambia County Jail, in Pensacola, Florida. It is necessary that the defendant appear before this court for an initial appearance.

WHEREFORE, the United States of America PRAYS that this Honorable Court issue a writ of habeas corpus ad prosequendum, directing any United States Marshal to proceed to the aforesaid institution, and take into custody the body of the said defendant and have him before this Court at a time and date to be specified later by the Court for said proceedings, and upon completion of the case to return the defendant to the custody of the official in charge of the said defendant; and also directing the official in charge to deliver the defendant into the custody of any United States Marshal or his duly authorized representative for said proceedings.

1



Dated this 16th day of February, 2024.

                        Respectfully submitted,

                        JASON R. COODY
                        United States Attorney

                        */s/ Alicia H. Forbes*
                        ALICIA H. FORBES
                        Assistant United States Attorney
                        Northern District of Florida
                        Colorado Bar No. 41261
                        21 East Garden Street, Suite 300
                        Pensacola, Florida 32502-5675
                        Phone: (850) 444-4000
                        Email: alicia.forbes@usdoj.gov